# United States Bankruptcy Court
## Southern District of New York

In re **The 4D Factory, LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **SEE ATTACHED LIST** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **October 10, 2023**

Signature **/s/ Cort Javarone**
**Cort Javarone**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of New York

In re **The 4D Factory, LLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **The 4D Factory, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**SEE ATTACHED LIST**
**Northern Pacific Group**

☐ None [*Check if applicable*]

**October 10, 2023**
Date

**/s/ Robert J. Spence**
**Robert J. Spence**
Signature of Attorney or Litigant
Counsel for **The 4D Factory, LLC**
**Spence Law Office, P.C.**
**55 Lumber Road**
**Suite 5**
**Roslyn, NY 11576**
**516-336-2060 Fax:516-605-2084**
**rspence@spencelawpc.com**

| Name * | Unit Type * | Units * |
|---|---|---|
| Cort Javarone (1) | Common | 1,000,000 |
| Jonathan Miller (2) | Common | 192,000 |
| Jonathan Miller – Series B (13) | Common (Series B) | 8,758 |
| Kevin Conroy (3) | Common | 162,000 |
| Ron Bloom (15) | Common | 118,395 |
| Tex Caldarola (14) | Common | 931 |
| Andrew Grossman (9) | Common | 98,643 |
| David Vicini (10) | Common | 98,643 |
| Silvio Kutić (16) | Common | 28,199 |
| Izabel Jelenić (17) | Common | 12,085 |
| Roberto Kutić (18) | Common | 7,109 |
| Steven A. Horowitz (4) | Common | 89,000 |
| Geneva International Ins., Inc. (5) | Common | 22,000 |
| Goal Venture Partners (7) | Common | 12,000 |
| Ned Sherman (6) | Common | 24,000 |
| Dmitry Petrov (11) | Common | 24,000 |
| Jamil Moledina (12) | Common | 18,000 |
| Northern Pacific Group (8) | Series A Preferred | 453,869 |

| TOTAL UNITS | 2,369,632 |
|---|---|

*Subject to the terms and conditions of the Operating Agreement for the company, as amended or modified.