## GLOBAL NOTES REGARDING THE 4D FACTORY LLC'S
## (CASE NO. 23-11619 MEW) SCHEDULES OF ASSETS AND LIABILITIES
## AND STATEMENTS OF FINANCIAL AFFAIRS

These Global Notes Regarding the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") are an integral part of all of the Debtor's Schedules and Statements (defined below). The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements" or "SOFA"; together with the Schedules, the "Schedules and Statements") filed by The 4D Factory LLC, as debtor and debtor-in- possession (the "Debtor"), in the above-referenced chapter 11 case (the "Chapter 11 Case") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") have been prepared by the Debtor's management pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). While the Debtor has made every reasonable effort to ensure that its Schedules and Statements are accurate and complete based upon information that was available to them at the time of preparation. The Schedules and Statements have been prepared based on information provided by financial information on hand and from the Debtor's affiliates, and former officer(s) and accountant(s), and are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, the Debtor relied on financial data derived from its books and records that was available at the time of preparation. The Debtor has used commercially reasonable efforts to ensure the accuracy and completeness of such information and data; however, subsequent information, data, or discovery may result in material changes to the Schedules and Statements and inadvertent errors, omissions, or inaccuracies may exist.

**Reservation of Rights**. Nothing contained in the Schedules and Statements or the Global Notes shall constitute a waiver of any rights of the Debtor or its estate or an admission with respect to the Chapter 11 Case, including, but not limited to, any issues involving objections to claims, setoff or recoupment, equitable subordination or recharacterization of debt, defenses, characterization or re-characterization of claims, contracts, leases, assumption or rejection of contracts and leases, causes of action arising under the Bankruptcy Code or any other applicable laws and/or estimates and assumptions in the Schedules and Statements. The Debtor may seek to recharacterize, reclassify, recategorize, redesignate, add, delete, or otherwise amend items included in the Schedules and Statements, and the Debtor and its estate reserve all rights in this regard.

**Description of the Case and "as of" Information Date**. On October 10, 2023 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor is authorized to continue to manage its financial affairs as a debtor in possession. Unless otherwise indicated herein or in the Schedules and Statements, all financial information for the Debtor in the Schedules and Statements and the Global Notes is provided as of the Petition Date or as close to the Petition Date as reasonably practicable under the circumstances.

**Basis of Presentation**.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile to any financial statements prepared by the Debtor.

**Insiders**.  For purposes of the Schedules and Statements, the Debtor defines "insiders" pursuant to section 101(31) of the Bankruptcy Code.  Persons listed as "insiders" have been included for informational purposes only, and such listing is not intended to be, nor should it be construed as, a legal characterization of such person as an insider, nor does it serve as an admission of any fact, claim, right or defense, and all such claims, rights, and defenses with respect thereto are hereby expressly reserved. Further, the Debtor and its estate do not take any position with respect to: (a) any such person's influence over the control of the Debtor, (b) the management responsibilities or functions of any such individual; (c) the decision-making or corporate authority of any such individual; or (d) whether any such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Summary of Significant Reporting Policies**.  The following is a summary of certain significant reporting policies:

    a.  **Current Market Value – Net Book Value**.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtor to obtain current market valuations for all estate assets.  Accordingly, unless otherwise indicated herein or in the Schedules and Statements, the Schedules and Statements reflect the net book values, rather than current market values, of the Debtor's assets as of the Petition Date (unless another date is indicated herein or in the Schedules and Statements), and may not reflect the net realizable value.

    b.  **Credits and Adjustments**.  Claims of creditors are listed in the amounts entered on the Debtor's books and records, and may not reflect all credits, allowances, or other adjustments due from such creditors to the Debtor.  The Debtor and its estate reserve all rights with regard to any such credits, allowances and other adjustments, including, without limitation, the right to assert claims, objections, setoffs and recoupments with respect to the same.

**Unknown or Undetermined Amounts**.  Where a description of an amount is left blank or listed as "unknown" or "undetermined," such response is not intended to reflect upon the materiality of such amount.

**Classifications**.  Listing a claim (a) on Schedule D as "secured," (b) on Schedule E/F as "unsecured priority," or "unsecured non-priority," or (c) listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor and its estate of the legal rights of any claimant, or a waiver of the rights of the Debtor and its estate to amend the Schedules and Statements to recharacterize or reclassify any claim or contract.

**Claims Description**.  The Debtor and its estate reserve all rights to dispute, and to assert any offsets or defenses to, any claim reflected on the applicable Schedule on any grounds, including,

without limitation, amount, liability, validity, priority or classification, and to subsequently designate any claim as "disputed," "contingent," or "unliquidated."

## SPECIFIC NOTES FOR SCHEDULES

**Schedule A/B—Assets—Real and Personal Property.**  Despite its commercially reasonable efforts to identify all known assets, the Debtor may not have listed all of its respective causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, but not limited to, causes of action arising under the Bankruptcy Code or any other applicable laws to recover assets or avoid transfers.  The Debtor and its estate reserve all rights with respect to any claims and causes of action that they may have, and neither the Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims and causes of action, or in any way prejudice, impair or otherwise affect the assertion of such claims and causes of action.

**Schedules D, E, F.**  Certain creditors listed on Schedules D, E and F may owe amounts to the Debtor; as such, the Debtor and its estate may have valid setoff and recoupment rights with respect to such amounts, which rights are not reflected.  The Debtor has used commercially reasonable efforts to include all creditors on Schedule F; however, the Debtor believes that there may be instances in which vendors have yet to provide proper invoices for prepetition goods or services.

**Schedule G—Executory Contracts and Unexpired Leases.**  Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or over-inclusion may have occurred in preparing Schedule G.  In the ordinary course of business, the Debtor enters into various agreements with its vendors, prospective investors, lenders, banks, creditors, etc..  The Debtor may have entered into various other types of agreements in the ordinary course of its business, such as indemnity agreements, supplemental agreements, letter agreements, and confidentiality agreements that may not be set forth in Schedule G.  Omission of a contract, lease or other agreement from Schedule G does not constitute an admission that such omitted contract, lease or agreement is not an executory contract or unexpired lease.  Schedule G may be amended at any time to add any omitted executory contracts, unexpired leases and other agreements to which the Debtor is a party, including, without limitation, to add any executory contracts, unexpired leases and other agreements that the Debtor did not or was unable to list on Schedule G at this time.  Likewise, the listing of an agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect or unexpired on the Petition Date, or is valid or enforceable.  The agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements that may not be listed on Schedule G.  Any and all rights, claims and causes of action of the Debtor and its estate with respect to the agreements listed on Schedule G are hereby reserved and preserved.

## SPECIFIC NOTES FOR STATEMENTS

**Statement 3.**  Statement 3 includes any disbursement or other transfer made by the Debtor, except for those made to insiders, employees, and bankruptcy professionals.

**Statement 4.**  Statement 4 lists no transfers to Insiders for "debts owed" to Insiders, but see Statement 30 for transfers to Insiders in the one (1) year prior to the Petition Date.

**Statement 7.**  The Debtor and its estate reserve all rights, claims, and defenses with respect to any and all listed lawsuits and administrative proceedings (or potential lawsuits and administrative proceedings). The listing of any such suits and proceedings shall not constitute an admission by the Debtor and its estate of any liabilities or that actions or proceedings were correctly filed against the Debtor. The Debtor and its estate reserve all rights to assert that the Debtor is not an appropriate party to such actions or proceedings.

**Statement Question 26d – Recipients of Financial Statements.**  From time to time, the Debtor may have provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons.  Recipients may have included regulatory agencies, financial institutions, investment banks, vendors, landlords, debtholders and its legal and financial advisors.  Due to the confidentiality requirements of related non-disclosure agreements, and the number of parties that have received such statements, such parties may not be listed in response to this question.

**Fill in this information to identify the case:**

Debtor name  **The 4D Factory, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  **23-11619 MEW**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

■  Amended *Schedule*  **20 Largest Unsec Clms, Equity Sec Hldrs**

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November 13, 2023**     X  */s/ Cort Javarone*

Signature of individual signing on behalf of debtor

**Cort Javarone**
Printed name

**Managing Member**
Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **The 4D Factory, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | **23-11619 MEW** |

☑ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
                                                                                                    12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cadwalader Wickersham & Taft 200 Liberty Street New York, NY 10281** | **Ira Schacter** ira.schacter@cwt.com 212-504-6035 | **Contingent Legal Fee** | **Contingent Unliquidated** | | | $628,391.00 |
| **EisnerAmper LLP 733 Third Avenue New York, NY 10017-2703** | **Richard Nachmias** Richard.Nachmias @eisneramper.com 212.891.4096 | **Accounting Services** | | | | $50,000.00 |
| **Emer Timmons [Redacted]** | | **Deferred compensation** | | | | $55,000.00 |
| **Hogan Lovells (Paris) LLP 17, avenue Matignon CS 30027 75378 Paris Cedex 08** | | | **Contingent Unliquidated Disputed** | | | $267,394.00 |
| **Michelman & Robinson LLP 10880 Wilshire Blvd. 19th FL Los Angeles, CA 90024** | **Tim Gorry** tgorry@mrllp.com 310.299.5500 | **Legal Services** | | | | $147,000.00 |
| **MorganFranklin Consulting 7900 Tysons One Place Suite 300 Mc Lean, VA 22102** | **Leigh Caylor** lcaylor@vaco.com 703-564-7525 | **Accounting Services** | **Contingent Unliquidated Disputed** | | | $320,010.00 |
| **RSM US LLP 44 Montgomery Street Ste 3900 San Francisco, CA 94104** | **Shamen Dugger** shamen.dugger@rsmus.com 415-848-5371 | **Consulting** | | | | $60,076.00 |

Debtor  **The 4D Factory, LLC**
_____
Name

Case number *(if known)*  **23-11619 MEW**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Silvio Kutic, Izabel Jelenic Roberto Kutic, c/o Infobip 35-38 New Bridge St., 5th FL London EC4V 6BW, UK** | | **Debtor is guarantor** | **Contingent Subject to Setoff** | | | **$1,900,000.00** |
| **Valuation Research Corp PO Box 809061 Chicago, IL 60680-9061** | **Tyler Wendorf twendorf@valuationresearch.com 414-221-6241** | | | | | **$15,438.00** |

**Fill in this information to identify the case:**

Debtor name    **The 4D Factory, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **23-11619 MEW**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................... $     **44,003,415.76**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................... $     **44,003,415.76**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **4,157,501.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................. +$     **3,585,809.00**

4.  Total liabilities ........................................................................................................
    Lines 2 + 3a + 3b     $     **7,743,310.00**

**Fill in this information to identify the case:**

Debtor name      **The 4D Factory, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **23-11619 MEW**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | **Checking** | **5121** | $0.00 |
| 3.2. | **City National Bank** | **Checking** | **0983** | $1,415.76 |
| 3.3. | **JP Morgan Chase** | **Checking** | **7579** | $0.00 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**                                                                           $1,415.76
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☒ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

| Debtor | **The 4D Factory, LLC** | Case number *(If known)* **23-11619 MEW** |
|---|---|---|
| | Name | |

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

---

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

| | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**14.**    **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.**    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | Name of entity: | % of ownership | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 15.1. | **Neon Media LLC** | **100** % | | **Cost Basis** *(est)* | **$6,000,000.00** |
| 15.2. | **Neon Machine Inc.** **(Debtor owns 80% of common stock subject to possible dilution)** | **80** % | | **Last Cap. Raise** *(est)* | **$18,000,000.00** |
| 15.3. | **Centili Limited** | **100%** % | | **Cost Basis** *(est)* | **$20,000,000.00** |

**16.**    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.**    **Total of Part 4.**
Add lines 14 through 16.  Copy the total to line 83.

| |
|---|
| **$44,000,000.00** |

---

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| Debtor | **The 4D Factory, LLC** | Case number *(If known)* **23-11619 MEW** |
|---|---|---|
| | Name | |

| 39. | **Office furniture**<br>**Misc office furniture** | $0.00 | | $500.00 |
|---|---|---|---|---|

| 40. | **Office fixtures** |
|---|---|

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**computer** | $0.00 | | $1,500.00 |
|---|---|---|---|---|

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

| | | $2,000.00 |
|---|---|---|

Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **The Debtor utilizes office space at 57 West 57th Street, Unit 319, NY, NY. Debtor's affiliate, 4D Factory Inc. is a party to the agreement for the office space.** | Equitable interest | $0.00 | | $0.00 |

Debtor    **The 4D Factory, LLC**                                    Case number *(If known)* **23-11619 MEW**
          Name

56.    **Total of Part 9.**                                                                   $0.00

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

**Part 10:    Intangibles and intellectual property**

59.    **Does the debtor have any interests in intangibles or intellectual property?**

       ☐ No.  Go to Part 11.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** the4dfactory.com | Unknown | | Unknown |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** While not titled in the Debtor's name, the Debtor has "interests" in the intellectual property of two video games, Shrapnel and Foundation, through the Debtor's holdings in Neon Machine Inc. and Neon Media LLC. | Unknown | | Unknown |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**                                                                  $0.00

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor    **The 4D Factory, LLC**                                    Case number *(If known)*  **23-11619 MEW**
          Name

☐ No.  Go to Part 12.
☒ Yes Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|

**71.**   **Notes receivable**
          Description (include name of obligor)

**72.**   **Tax refunds and unused net operating losses (NOLs)**          Debtor may have unused NOLs              unknown
          Description (for example, federal, state, local)

**73.**   **Interests in insurance policies or annuities**

**74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)**
          **Claims against Goal Acquisitions Sponsor Corp. ("Goal") and its principals, officers (collectively, "Goal") and other third parties and counter-parties to a certain acquisition, for, among other things, breach of contract, breach of non-circumvention and confidentiality provisions, and other related claims including but not limited to: interference with contract, breach of fiduciary duties, unfair competition and interference with prospective economic advantage.**

| Nature of claim | **Breach of Contract** |
|---|---|
| Amount requested | **$100,000,000.00** |

                                                                                                         **Unknown**

          **Claims against Gamemine LLC and Gamemine Europe Ltd. and their principals and officers  (collectively, "Gamemine") for, among other things, breach of contract and breach of certain non-circumvention clause(s)**

| Nature of claim | **Breach of Contract** |
|---|---|
| Amount requested | **$3,400,000.00** |

                                                                                                         **Unknown**

          **Claims against certain former officer(s) of the Debtor and certain creditor(s) for, among other things,collusion and slander to sabotage company business opportunites and transactions including opportunities to repay Creditors, breach of duty of loyalty and self-dealing, leading to the Chapter 11 filing.**

| Nature of claim | |
|---|---|
| Amount requested | **$50,000,000.00** |

                                                                                                         **Unknown**

**75.**   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**   **Trusts, equitable or future interests in property**

**77.**   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.**   **Total of Part 11.**                                                                 **$0.00**
          Add lines 71 through 77. Copy the total to line 90.

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

Debtor    **The 4D Factory, LLC**
Name

Case number *(If known)*  **23-11619 MEW**

■ No
☐ Yes

| Debtor | **The 4D Factory, LLC** | Case number *(If known)* **23-11619 MEW** |
|---|---|---|
| | Name | |

**Part 12:**   **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,415.76 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $44,000,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $44,003,415.76 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $44,003,415.76 |

**Fill in this information to identify the case:**

Debtor name    **The 4D Factory, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **23-11619 MEW**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| **2.1** | **MEP Capital Holdings III LP** | | **$4,157,501.00** | **$44,003,415.00** |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien

**Creditor's lien is purportedly asserted against all Assets of the Debtor (including equity interests in Centili Ltd., Neon Media LLC and Neon Machine Inc) and affiliate Neon Media, LLC.  Debtor is guarantor.**

**244 Madison Avenue #1214
New York, NY 10016**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

**jsilverblatt@reitlerlaw.com**

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
☐ Unliquidated
■ Disputed

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$4,157,501.00**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Reitler Kailas &Rosenblatt LLP
Attn: Jonathan Silverblatt Esq
885 Third Avenue 20th FL
New York, NY 10022** | Line **2.1** | |

**Fill in this information to identify the case:**

Debtor name    **The 4D Factory, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **23-11619 MEW**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Cadwalader Wickersham & Taft**<br>**200 Liberty Street**<br>**New York, NY 10281**<br><br>Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Contingent Legal Fee**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$628,391.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Cort Javarone**<br>**[Redacted]**<br><br>Date(s) debt was incurred  **2023**<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Deferred Compensation**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$72,500.00** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**David Vicini**<br>**[Redacted]**<br><br>Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Deferred Compensation**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$70,000.00** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**EisnerAmper LLP**<br>**733 Third Avenue**<br>**New York, NY 10017-2703**<br><br>Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Accounting Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$50,000.00** |

| Debtor | **The 4D Factory, LLC** | Case number (if known) | **23-11619 MEW** |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55,000.00**

**Emer Timmons**
**[Redacted]**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Deferred compensation__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$267,394.00**

**Hogan Lovells (Paris) LLP**
**17, avenue Matignon**
**CS 30027**
**75378 Paris Cedex 08**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$147,000.00**

**Michelman & Robinson LLP**
**10880 Wilshire Blvd. 19th FL**
**Los Angeles, CA 90024**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Legal Services__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$320,010.00**

**MorganFranklin Consulting**
**7900 Tysons One Place**
**Suite 300**
**Mc Lean, VA 22102**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Accounting Services__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,076.00**

**RSM US LLP**
**44 Montgomery Street**
**Ste 3900**
**San Francisco, CA 94104**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Accounting Services__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,900,000.00**

**Silvio Kutic, Izabel Jelenic**
**Roberto Kutic, c/o Infobip**
**35-38 New Bridge St., 5th FL**
**London EC4V 6BW, UK**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Debtor is guarantor__

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,438.00**

**Valuation Research Corp**
**PO Box 809061**
**Chicago, IL 60680-9061**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

| Debtor | **The 4D Factory, LLC** | Case number (if known) | **23-11619 MEW** |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 3,585,809.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,585,809.00 |

**Fill in this information to identify the case:**

Debtor name     __The 4D Factory, LLC__

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    __23-11619 MEW__

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☑ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name      **The 4D Factory, LLC**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **23-11619 MEW**

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors                                                                     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

#### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

#### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Centili Limited** | **2 New Bailey**<br>**6 Stanley Street**<br>**Salford M3 5EN**<br>**2 New Bailey, 6 Stanley Street, Salford M3 5EN** | **Silvio Kutic, Izabel Jelenic** | ☐ D _____<br>■ E/F ___3.10___<br>☐ G _____ |
| 2.2 | **Neon Media LLC** | **1700 Westlake Avenue N**<br>**Suite 200**<br>**Seattle, WA 98109**<br>**Primary Borrower** | **MEP Capital Holdings III LP** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **The 4D Factory, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **23-11619 MEW** |

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:     Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$94,335.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | | **$7,816.42** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | | **Unknown** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | | **$0.00** |

### Part 2:     List Certain Transfers Made Before Filing for Bankruptcy

Debtor   **The 4D Factory, LLC**                                              Case number *(if known)*  **23-11619 MEW**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **MEP Capital Holdings III LP**<br>**244 Madison Avenue #1214**<br>**New York, NY 10016** | **8/3/23**<br>**$100,000**<br>**8/15/23**<br>**$300,000** | **$400,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **ayments related to**<br>**certain forbearance agreement** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See Response to Question 30 of**<br>**Statement**<br>**of Financial Affairs** | | **$0.00** | **No payments to Insiders were**<br>**for debts owed.** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| Debtor | **The 4D Factory, LLC** | | | Case number *(if known)* | **23-11619 MEW** |
|---|---|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case | |
|---|---|---|---|---|---|
| 7.1. | **MEP Capital Holdings III, L.P.**<br>**N/A** | **Non-Judicial Article 9 UCC Sale Process** | | ■ Pending<br>☐ On appeal<br>☐ Concluded | |
| 7.2. | **4D Factory LLC with Goal Acquisitions Sponsor and Principals** | **Mediation of Claims arising from breach of contract** | | ◑ Pending<br>☐ On appeal<br>☐ Concluded | |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:    Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:    Certain Payments or Transfers

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Spence Law Office PC** | | **October 2, 2023** | **$10,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

| Debtor | **The 4D Factory, LLC** | Case number *(if known)* | **23-11619 MEW** |

|  | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Spence Law Office, P.C.** | | **October 9, 2023** | **$25,214.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Cort Javarone** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Ron Bloom** | **MacPro Notebook Computer** | **February 2023** | **$3,000.00** |
| | Relationship to debtor **Former Officer** | | | |
| 13.2. | **Silvio Kutic, Izabel Jelenic Roberto Kutic, c/o Infobip 35-38 New Bridge St., 5th FL London EC4V 6BW, UK** | **Membership Units were transferred to these creditors in connection with the Debtor's purchase of Centili Limited** | **2023** | **$2,000,000.00** |
| | Relationship to debtor **Unit Holders** | | | |
| 13.3. | **Jonathan Miller** | **Purchase of Units in Debtor** | **2023** | **$500,000.00** |
| | Relationship to debtor **Unit Holder** | | | |

| **Part 7:** | Previous Locations |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

Debtor    **The 4D Factory, LLC**                                                       Case number *(if known)* **23-11619 MEW**

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1187 Coast Village Rd. #443 Santa Barbara, CA 93108** | **6/2018-present (mailing address only)** |
| 14.2. | **622 NE 98th Street Miami, FL 33138** | **2/2022 - 7/2023** |
| 14.3. | **300 Southard Street, Suite 207 Key West, FL 33041** | **8/23 - present** |
| 14.4. | **57 West 57th Street New York, NY 10019** | **October 6, 2023 - present** |

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **The 4D Factory, LLC**                                          Case number *(if known)*    **23-11619 MEW**

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

| Debtor | **The 4D Factory, LLC** | Case number *(if known)* | **23-11619 MEW** |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Neon Machine Inc.** | **Video game development** | EIN: **87-2388630**<br>From-To **9/2021-present** |
| 25.2. **Neon Media LLC** | **video game and special effects development** | EIN: **84-4575855**<br>From-To **7/2020 - present** |
| 25.3. **Centili Limited** | **mobile technology company** | EIN: **UK REG No. 07911314**<br>From-To **1/2012 - present** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Graphite Financial Group LLC**<br>**228 Park Ave S #85447**<br>**New York, NY 10003-1502** | |
| 26a.2. **RSM US LLP**<br>**44 Montgomery Street**<br>**Ste 3900**<br>**San Francisco, CA 94104** | |
| 26a.3. **MorganFranklin Consulting**<br>**7900 Tysons One Place**<br>**Suite 300**<br>**Mc Lean, VA 22102** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Graphite Financial Group LLC**<br>**228 Park Ave S #85447**<br>**New York, NY 10003-1502** | |
| 26c.2. **David Vicini** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Debtor    **The 4D Factory, LLC**    Case number *(if known)*    **23-11619 MEW**

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Cort Javarone | NY, NY | Managing Member/CEO | owner 42.2% issued units of membership in the Debtor |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Emer Timmons | France | Chairwoman | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Ron Bloom | | Chief Product Officer | Sept 2021 - September 2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| David Vicini | | CO/CFO | May 2021-October 2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jonathan Miller | | Chairman | June 2018 - November 2022 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Andrew Grossman | | General Counsel | May 2021 to August 2023 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

Debtor    **The 4D Factory, LLC**                                            Case number *(if known)*    **23-11619 MEW**

loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Cort Javarone** <br><br> **Relationship to debtor** <br> **Managing Member/CEO** | **$257,500** <br> **$4,999** <br> **$20,200** | **October 10, 2022 to October 9, 2023** | **$257,500 Compensation $4,999 - Reimbursed expenses $20,200 - transferred for payment of bankruptcy retainer on behalf of Debtor to Spence Law Office, P.C.** |
| 30.2. | **Emer Timmons** <br><br> **Relationship to debtor** <br> **Chairwoman** | **$85,000** | **October 10, 2022 to October 9, 2023** | **Compensation** |
| 30.3. | **Ron Bloom** <br><br> **Relationship to debtor** <br> **Former Chief Product Officer** | **$175,000** | **October 10, 2022 to October 9, 2023** | **Compensation** |
| 30.4. | **Andrew Grossman** <br><br> **Relationship to debtor** <br> **Former General Counsel** | **$155,044.00** <br> **$6,135.00** | **October 10, 2022 to October 9, 2023** | **Compensation and reimbursed expenses** |
| 30.5. | **David Vicini** <br><br> **Relationship to debtor** <br> **Former CO/CFO** | **$155,044** | **October 10, 2022 to October 9, 2023** | **Compensation** |

Debtor    **The 4D Factory, LLC**                                    Case number *(if known)* **23-11619 MEW**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.6. | **Kevin Conroy** | **$60,000** | **October 10, 2022 to October 9, 2023** | **Compensation** |
| | Relationship to debtor **Consultant** | | | |
| 30.7. | **Neon Media LLC** | **$661,080.56** | **October 2022 - May 2023** | **Working Capital and interest payments to lender** |
| | Relationship to debtor **Affiliate** | | | |
| 30.8. | **Centili Limited** | **$70,000** | **July 2023-September 2023** | **Working capital** |
| | Relationship to debtor **Affiliate** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ☑ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ☑ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 13, 2023**

**/s/ Cort Javarone**                                    **Cort Javarone**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Managing Member**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re  **The 4D Factory, LLC** _____  Case No.  __23-11619 MEW__
                                        Debtor(s)          Chapter   __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................  $ _____35,214.00__

    Prior to the filing of this statement I have received ........................  $ _____35,214.00__

    Balance Due ..............................................................................  $ _____0.00__

2.  The source of the compensation paid to me was:

    ☐ Debtor    ■ Other (specify):    **Debtor $10,000; Cort Javarone $25,214**

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

__November 13, 2023__                    __/s/ Robert J. Spence__
_Date_                                   **Robert J. Spence**
                                         _Signature of Attorney_
                                         **Spence Law Office, P.C.**
                                         **55 Lumber Road**
                                         **Suite 5**
                                         **Roslyn, NY 11576**
                                         **516-336-2060  Fax: 516-605-2084**
                                         **rspence@spencelawpc.com**
                                         _Name of law firm_

---

# United States Bankruptcy Court
## Southern District of New York

In re    **The 4D Factory, LLC**

Debtor(s)

Case No.    **23-11619 MEW**

Chapter    **11**

## AMENDED    LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **SEE ATTACHED LIST** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **November 13, 2023**

Signature    **/s/ Cort Javarone**

**Cort Javarone**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

| NAME * | UNIT TYPE * | UNITS * |
|---|---|---|
| Cort Javarone (1) | Common | 1,000,000 |
| Jonathan Miller (2) | Common | 192,000 |
| Jonathan Miller – Series B (13) | Common (Series B) | 8,758 |
| Kevin Conroy (3) | Common | 162,000 |
| Ron Bloom (15) | Common | 118,395 |
| Tex Caldarola (14) | Common | 931 |
| Andrew Grossman (9) | Common | 98,643 |
| David Vicini (10) | Common | 98,643 |
| Silvio Kutić (16) | Common | 28,199 |
| Izabel Jelenić (17) | Common | 12,085 |
| Roberto Kutić (18) | Common | 7,109 |
| Steven A. Horowitz (4) | Common | 89,000 |
| Geneva International Ins., Inc. (5) | Common | 22,000 |
| Goal Venture Partners (7) | Common | 12,000 |
| Ned Sherman (6) | Common | 24,000 |
| Dmitry Petrov (11) | Common | 24,000 |
| Jamil Moledina (12) | Common | 18,000 |
| Northern Pacific Group (8) | Series A Preferred | 453,869 |

| TOTAL UNITS | 2,369,632 |
|---|---|

*Subject to the terms and conditions of the Operating Agreement for the company, as amended or modified. Also subject to dilution in the event certain "SAFEs" (simple agreements for future equity) are triggered. SAFEs do not represent equity ownership unless and until triggered upon a future Qualified Financing by the Debtor. The following parties hold SAFEs in the Debtor:

Barbara Winston
Blue White Ventures
Dmitry Petrov
Goal Venture P, I LLC
Hilary Juliet Lambert
Steven Horowitz
South Sahara African Trading

# United States Bankruptcy Court
## Southern District of New York

In re  **The 4D Factory, LLC** _____  Case No.  **23-11619 MEW** _____

Debtor(s)  Chapter  **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **November 13, 2023** _____  **/s/ Cort Javarone** _____

**Cort Javarone**/**Managing Member**
Signer/Title

CADWALADER WICKERSHAM & TAFT
200 LIBERTY STREET
NEW YORK, NY 10281


CENTILI LIMITED
2 NEW BAILEY
6 STANLEY STREET
SALFORD M3 5EN


CORT JAVARONE
[REDACTED]


DAVID VICINI
[REDACTED]


EISNERAMPER LLP
733 THIRD AVENUE
NEW YORK, NY 10017-2703


EMER TIMMONS
[REDACTED]


HOGAN LOVELLS (PARIS) LLP
17, AVENUE MATIGNON
CS 30027
75378 PARIS CEDEX 08


MEP CAPITAL HOLDINGS III LP
244 MADISON AVENUE #1214
NEW YORK, NY 10016


MICHELMAN & ROBINSON LLP
10880 WILSHIRE BLVD. 19TH FL
LOS ANGELES, CA 90024


MORGANFRANKLIN CONSULTING
7900 TYSONS ONE PLACE
SUITE 300
MC LEAN, VA 22102


REITLER KAILAS &ROSENBLATT LLP
ATTN: JONATHAN SILVERBLATT ESQ
885 THIRD AVENUE 20TH FL
NEW YORK, NY 10022

```
RSM US LLP
44 MONTGOMERY STREET
STE 3900
SAN FRANCISCO, CA 94104


SILVIO KUTIC, IZABEL JELENIC
ROBERTO KUTIC, C/O INFOBIP
35-38 NEW BRIDGE ST., 5TH FL
LONDON EC4V 6BW, UK


VALUATION RESEARCH CORP
PO BOX 809061
CHICAGO, IL 60680-9061
```

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                  Chapter 11
                                                                        Case No.: 23-11619 MEW
THE 4D FACTORY LLC,
                                                                        (Subchapter V Case)

                                    Debtor.
------------------------------------------------------------X

## DECLARATION PURSUANT TO SECTION 1116(1)(B) OF THE BANKRUPTCY CODE

      Cort Javarone, hereby certifies under section 1746 of title 28 of the United States Code,

that:

      1.     I am the managing member of The 4D Factory LLC, the debtor and debtor-in-

possession (the "Debtor") in the above-captioned case. This declaration has been prepared at my

direction and I am familiar with the business and affairs of the Debtor and have personal

knowledge of the matters set forth herein.

      2.     I submit this Declaration pursuant to Section 1116(1)(B) of the Bankruptcy Code.

      3.     Pursuant to Section 1116(1)(B), the Debtor's most recent tax return, balance sheet

and profit and loss ("P&L") statement(s) were filed with the Debtor's petition.   While the Debtor

believes that the P&L constitutes a "statement of operations" and/or "cash-flow statement," as

required under Section 1116(1)(B), in an abundance of caution, to the extent that the P&L is neither

a "statement of operations" nor a "cash-flow statement," then no such statement(s) have been

prepared for the Debtor.

      4.     In addition, it should be noted that the financials filed with the Petition are not

current and may in some cases deviate materially from the Debtor's current financial status.

Dated: November 13, 2023
     New York, New York                    */s/ Cort Javarone__*
                                     Cort Javarone
                                      Managing Member