UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:                                    Chapter 11
                                          (Subchapter V)
4D FACTORY INC.,
                                          Case No. 23-11618 (MEW)

                    Debtor.[1]

-----------------------------------------------------------------X

In re:                                    Chapter 11
                                          (Subchapter V)
THE 4D FACTORY LLC,
                                          Case No. 23-11619 (MEW)

                    Debtor.[2]

-----------------------------------------------------------------X

## AFFIRMATION OF SERVICE

ROBERT J. SPENCE, an attorney duly admitted to practice law in the Southern District of New York, affirms under penalties of perjury:

That on November 1, 2023, your affirmant served the following document(s):

**Pre-Status Conference Report By Letter to Judge Wiles, Pursuant to 11 U.S.C. § 1188(c) of the Bankruptcy Code, Detailing the Debtors Efforts to Attain a Consensual Plan of Reorganization (ECF 12 and 13, respectively in the above cases) (filed as "Status Report By Letter to Judge Wiles, Pursuant to 11 U.S.C. § 1188(c) of the Bankruptcy Code, Detailing the Debtors Efforts to Attain a Consensual Plan of Reorganization" in the 4D Factory Inc. case)**

By First Class Mail (and/or email if noted) to the attached list of creditors and parties in interest in these cases, including the UST and the Subchapter V Trustee. Addresses for investors/equity holders have been redacted to protect their privacy but are available for review at the request of the Court or United States Trustee.

**Dated: November 1, 2023**

/s/ Robert J. Spence
ROBERT J. SPENCE, ESQ.

---

[1] The last four digits of 4D Factory Inc.'s federal tax identification number is 6770.
[2] The last four digits of The 4D Factory LLC's federal tax identification number is 8935.

| | | |
|---|---|---|
| CADWALADER WICKERSHAM & TAFT<br>200 LIBERTY STREET<br>NEW YORK, NY 10281 | DAVID VICINI<br>[ADDRESS REDACTED] | EISNERAMPER LLP<br>733 THIRD AVENUE<br>NEW YORK, NY 10017-2703 |
| MEP CAPITAL HOLDINGS III LP<br>244 MADISON AVENUE #1214<br>NEW YORK, NY 10016 | MICHELMAN & ROBINSON LLP<br>10880 WILSHIRE BLVD. 19TH FL<br>LOS ANGELES, CA 90024 | MORGANFRANKLIN CONSULTING<br>7900 TYSONS ONE PLACE<br>SUITE 300<br>MC LEAN, VA 22102 |
| REITLER KAILAS &ROSENBLATT LLP<br>ATTN: JONATHAN SILVERBLATT ESQ<br>885 THIRD AVENUE 20TH FL<br>NEW YORK, NY 10022 | RSM US LLP<br>44 MONTGOMERY STREET<br>STE 3900<br>SAN FRANCISCO, CA 94104 | SILVIO KUTIC, IZABEL JELENIC<br>ROBERTO KUTIC, C/O INFOBIP<br>35-38 NEW BRIDGE ST., 5TH FL<br>LONDON EC4V 6BW, UK |
| VALUATION RESEARCH CORP<br>PO BOX 809061<br>CHICAGO, IL 60680-9061 | REGUS<br>57 WEST 57TH STREET<br>NEW YORK, NY 10019 | THE 4D FACTORY LLC<br>204-6 SOUTHARD ST<br>KEY WEST, FL 33040 |
| Office of the United States Trustee<br>Attn: Paul K. Schwartzberg, Esq.<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, NY 10004-1408<br>(via Mail and Email)<br>Kevin Conroy<br>[ADDRESS REDACTED] | Charles N. Persing, Sub V Trustee<br>Bederson LLP<br>100 Passaic Avenue, Suite 310<br>Fairfield, NJ 07004<br>(via Mail and Email)<br>Dmitry Petrov<br>[ADDRESS REDACTED] | Wells Fargo Bank<br>Small Business Lending Division<br>P.O. Box 29482 MAC S4101-08C<br>Phoenix, AZ 85038<br>Steve Horowitz<br>[ADDRESS REDACTED] |
| Geneva Insurance<br>Attn: Bruce Lieberman<br>[ADDRESS REDACTED] | Goal Venture Partners<br>[ADDRESS REDACTED] | Ned Sherman<br>[ADDRESS REDACTED] |
| Ron Bloom<br>[ADDRESS REDACTED] | Andrew Grossman<br>[ADDRESS REDACTED] | Tex Calderola<br>[ADDRESS REDACTED] |
| Jon Miller<br>[ADDRESS REDACTED] | Riyadh Peer<br>[ADDRESS REDACTED] | Hillary Lambert<br>[ADDRESS REDACTED] |
| Randall Batinkoff<br>[ADDRESS REDACTED] | Barbara Winston<br>[ADDRESS REDACTED] | Northern Pacific Group<br>[ADDRESS REDACTED] |

Cort Javarone  
(By Email Only)

Jamil Moledina  
(By Email only)